UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SOLOMON WILLIAMS,

    Plaintiff,

v.                                        Case No. 12-C-541

JBS USA LLC,

    Defendant.

**ORDER**

Based upon the foregoing Stipulation, and the Court's acceptance of the same;

IT IS HEREBY ORDERED that this action be and is hereby dismissed on its merits, with prejudice, without costs, and without further notice to any party.

Dated this 5th day of June, 2013.

                                  s/ William C. Griesbach
                                  William C. Griesbach, Chief Judge
                                  United States District Court